RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 South 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909
rsegerblom@lvcoxmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

KRISTEN KNIGHT,

        Plaintiff,

vs.

FURNISHED QUARTERS LLC,

        Defendant.

Case No:

# COMPLAINT

(Jury Demanded)

COMES NOW Plaintiff and complains of Defendant as follows:

### First Cause of Action
(Disability Discrimination)

I.

This is an employment discrimination action based on the Americans With Disabilities Act (ADA). The Plaintiff alleges she was denied an accommodation for her disability, terminated because of her disability, and terminated because she engaged in protected activity. Jurisdiction and venue are based upon the ADA.

II.

The Plaintiff, a qualified individual with a disability, is a resident of Clark County, Nevada temporarily living in Utah. The Defendant is a Limited Liability Corporation doing business in Clark County, Nevada, and at all times herein was Plaintiff's employer.

III.

The Plaintiff worked for the Defendant from March, 2019 until July, 2021, when she was terminated. In December, 2020, the Plaintiff suffered a medical condition which required an accommodation to continue to work. The Plaintiff requested an accommodation and entered into the interactive process but the Defendant refused to accommodate her disability and discharged her instead.

IV.

The Plaintiff filed a charge of discrimination with the EEOC and a copy of that charge is attached hereto and the facts asserted therein are hereby incorporated by reference.

V.

A right to sue letter based upon her charge has been obtained and this lawsuit has been filed within 90 days of receipt of that letter.

VI.

As a direct result of the Defendant's discriminatory acts the Plaintiff has suffered financial loss, physical injuries and emotional distress based upon those injuries. The above described acts of Defendant were willful and done with a conscious disregard for Plaintiff's federally protected rights.

## Second Cause of Action
(Retaliation)

VII.

The Plaintiff repleads and realleges the allegations contained in paragraphs I through VI above as though fully set forth herein.

VIII.

The Defendant refused to accommodate and/or enter into the interactive process in good faith and subsequently terminated the Plaintiff because she sought an accommodation. This constitutes retaliation in violation of the ADA and the Plaintiff has been harmed as a direct result of said acts.

IX.

As a direct result of the Defendant's intentional unlawful conduct the Plaintiff has suffered emotional distress and financial loss. The above described acts of Defendant were willful and done with a conscious disregard for Plaintiff's federally protected rights.

/
/
/
/
/
/
/
/
/
/
/
/
/

WHEREFORE Plaintiff prays for the following relief:

1. Reinstatement, with full backpay, benefits, seniority and prejudgment interest;
2. Front pay, if reinstatement is not practicable;
3. Compensatory damages in the amount of $300,000;
4. Punitive damages in the amount of $300,000;
5. Attorney's fees and costs of suit; and
6. Such other and further relief as the Court may wish to entertain.

DATED this 20 day of August, 2022.

RICHARD SEGERBLOM, ESQ.
602 S. 10th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>487-2021-01428 |
|---|---|---|

**NEW YORK CITY COMMISSION ON HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**KRISTEN KNIGHT** | Home Phone<br>**(702) 487-2611** | Year of Birth<br>**1970** |
|---|---|---|

Street Address | City, State and ZIP Code
**5282 W CROYDEN LANE, UNIT 203, HERRIMAN, UT 84096**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**FURNISHED QUARTERS LLC** | No. Employees, Members<br>**201 - 500** | Phone No.<br>**(212) 364-9400** |
|---|---|---|

Street Address | City, State and ZIP Code
**158 WEST 27TH ST, 7TH FL NEW YORK, NY 10001, NEW YORK, NY 10101**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-26-2020**   Latest: **07-02-2021**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Furnished Quarters LLC on or about March 25, 2019. The last position I held was National Guest Service Representative. On or about December 26, 2020 I was rendered unable to work for a period of time due to a sudden medical condition. In or around February and May 2021 I provided Human Resources with notes from my doctor that outlined reasonable accommodations I needed to come back to work. After I submitted my requests for accommodations, I was told that all of these would be too expensive for the company and would constitute an undue hardship. On July 2, 2021 I was discharged.

I believe I was discriminated against due to my disability and retaliated against for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Kristen Knight on 11-12-2021 04:10 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/01/2022

**To:** Kristen Knight
5282 W Croyden Lane Unit 203
HERRIMAN, UT 84096
Charge No: 487-2021-01428

EEOC Representative and email:    Clenten Sims
Investigator
clenten.sims@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 487-2021-01428.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
06/01/2022

Christine Park-Gonzalez
Acting District Director